Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> 0DKFJALK, 8KSDJF5, AHDTLF25, AHFOI, AMALL, ANXEWN85, BHGUERHGUHWSYHE7OIAY8WEGHDFBDFFFFG, BOEHM INC, BO-XIEMAO, COSNTSYU SHOES, DIBASS DECORATIVE PAINTING, ESOOSR, FANGTINGTING0766, FANTASTIC TOY BASE, FEDGSD, FUR0033SHOP, FUXINHAI6759, GLAMOVZJJWT, GUANYUWEN4017, HEATHNESSFORYOU, HEWANGMAO, HFUIEWAHGJHUIGHOSRUGOIADHG, HULLS, JIANGXIAOWEN123, JULIUSUCSGUH, KNITE STORE, KRHS, LA KASAKA, LIGENG1234, LIHDHFSGHJWHJDS, LIKEMARK, LIUYANGJUN, LIXIANG778899, LQYOQWAK, MOLIDEXIAODIAN, MUYUNQIAN, NEED SHAINE, NORMA HERRERA, PARAPEDESIS, POST5566, RACHEL SCHEFFLER, | 21-cv-10329 (NRB) <br><br> ~~[PROPOSED]~~ <br> **UNSEALING ORDER** |

1

2

RANPIN2364, RUBEN ALVAREZ, SDYY, SHUIHINISJLSRK, SIDONGJUN, SONGBOCHAO521, SWMM STORE, SZLW20, TANGZIXIAO, TENSILED, TLBSSD, TOYCLUBS, TRIFLES, USECOM, VEIBERY BABY'S, WANGJIELUI6018, WANGJIWANG7721, WANGPINGCHAN, WANGYIDING0925, XIAODIFENG258369, XIAOQIAOXIA034027, XIETIANMING1234, YANGWULING, YILESHANG, ZHANGTONGTONG162X, ZHOUFAN0802 and ZHUTINGTING2095,

*Defendants*

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this __3rd__ day of ___January___, 2022.
New York, New York

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE